Max L. Arons and Another, on Behalf of Themselves and All Other Members of Associated Musicians of Greater New York, Local 802 American Federation of Musicians, Who May Come in and Contribute to the Expenses of This Action, Respondents, v. Edward Canavan and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Kivey Braus, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Irving J. Murnane, Appellant, against Fiorello H. LaGuardia, Mayor of the City of New York, Chairman, and Others, Constituting the Committee of the Whole of the Board of Estimate and Apportionment of the City of New York and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Joseph M. Rothschild, Respondent, to Compel Victor Roudin, an Attorney at Law of the State of New York, Appellant, to Turn over Certain Moneys Wrongfully Withheld.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

Lilly Bijur, Appellant, v. 164 West Seventy-fifth Street Corporation, Defendant, Impleaded with Emerhotel Corporation, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the matter remitted to the justice at Special Term for such interpretation of the judgment as will give adequate relief to the plaintiff. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Austin Agnew, Respondent, against Empire Power Corporation and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Undermyer, JJ.

Stebbins, Leterman & Gates, Inc., Appellant, v. Alfred C. Blumenthal, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Martin and Townley, JJ., dissent and vote to reverse and grant the motion.

United States Distributing Company of New York, Respondent, v. Schenley Wine and Spirit Import Corporation and Another, Appellants. George H. Jackson, Respondent, v. Schenley Import Corporation, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance.

Virginia Harris Cohen, Appellant, v. Nathan D. Cohen, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.